IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:15-cv-00841

UNITED STATES OF AMERICA, and
STATE OF COLORADO,

       Plaintiffs,

   v.

NOBLE ENERGY, INC.,

       Defendant.

## NOTICE OF LODGING OF CONSENT DECREE

Plaintiffs, the United States of America and the State of Colorado, hereby give notice of the lodging of a proposed Consent Decree ("Decree"), attached hereto, that if entered by the Court will resolve the claims asserted in the Complaint against Defendant, Noble Energy, Inc. In their Complaint the United States and the State seek civil penalties and injunctive relief pursuant to Section 113(b) of the Clean Air Act, 42 U.S.C. § 7413(b), and Sections 121 and 122 of the Colorado Air Pollution Prevention and Control Act, C.R.S. §§ 25-7-121 and 122. The alleged violations concern emissions of volatile organic compounds ("VOC") from condensate storage tanks that are, or were until recently, part of Noble's oil and natural gas production operations in the Denver-Julesburg Basin in Boulder, Broomfield, and Weld counties, Colorado, and located within what is known as the "8-hour Ozone Control Area."

The proposed Decree covers over 3,400 tank batteries which comprise all of Noble's condensate storage tanks in the 8-hour Ozone Control Area equipped with vapor control systems pursuant to Colorado Air Quality Control Regulation Number 7 (Regulation 7) to achieve

required system-wide emission reductions.  Under the terms of the Decree, Noble will conduct an engineering evaluation of the adequacy of all vapor control systems being used to control VOC emissions from those tank batteries, and undertake corrective actions as necessary.  Such work is subject to verification by third party auditors and continuous monitoring of a subset of the tank batteries.  The Decree further requires Noble to: pay a $4.95 million civil penalty, $1.475 of which is payable to the State; complete two supplemental environmental projects (SEPs) at a cost of $2 million; complete additional SEPs to be agreed upon by the State and Noble at a cost of $2 million; and complete five environmental mitigation projects at a cost of $4.5 million.

In accordance with the policy of the United States Department of Justice and as provided in 28 C.F.R. § 50.7, notice of the lodging of the proposed Decree will be published in the Federal Register.  Publication in the Federal Register will commence a thirty (30) day public comment period.  The United States may withdraw or withhold its consent to the proposed Decree if the public comments disclose facts or considerations which indicate that the proposed Decree is inappropriate, improper, or inadequate.  After the conclusion of the thirty day comment period, the United States will either notify the Court of its withdrawal of the proposed Decree or move this Court to sign and enter the proposed Decree.  Until the United States so notifies the Court, it respectfully requests that the Court take no action concerning the Complaint and the proposed Decree which is lodged herewith.

       Respectfully submitted,

       FOR THE UNITED STATES OF AMERICA

       JOHN C. CRUDEN
       Assistant Attorney General
       Environment and Natural Resources Division

        U.S. Department of Justice

        /s Jerry Ellington
JEREL ("JERRY") ELLINGTON
MARK C. ELMER
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
(303) 844-1363 (PHONE)
(303) 844-1350 (FAX)
Jerry.L.Ellington@usdoj.gov
Mark.C.Elmer@usdoj.gov

OF COUNSEL:

VIRGINIA SORRELL
Air Enforcement Division
Office of Civil Enforcement
U.S. Environmental Protection Agency
1595 Wynkoop Street
Denver, Colorado 80202

FOR THE STATE OF COLORADO, ON BEHALF
OF THE COLORADO DEPARTMENT OF
PUBLIC HEALTH AND ENVIRONMENT

CYNTHIA COFFMAN
Attorney General
State of Colorado

/s Thomas A. Roan
THOMAS A. ROAN
First Assistant Attorney General
Air Quality Unit
Natural Resources and Environment Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
(303) 508-6000 (PHONE)
(303) 508-6039 (FAX)
Tom.Roan@state.co.us