IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00841-RBJ

UNITED STATES OF AMERICA, and
STATE OF COLORADO,

        Plaintiffs,

  v.

NOBLE ENERGY, INC.,

        Defendant.

## ORDER GRANTING MOTION TO ENTER CONSENT DECREE

WHEREFORE, upon consideration of the Unopposed Joint Motion to Enter Consent Decree, filed jointly by Plaintiffs the United States of America and the State of Colorado, the Court finds that the Consent Decree lodged with the Court on April 22, 2015 (Doc. No. 2-1) is fair, adequate, reasonable, and consistent with the goals of the Clean Air Act, and is not a product of collusion or against the public interest, and ought to be approved.  Accordingly,

IT IS HEREBY ORDERED that the motion is GRANTED.  The Court approves and has signed the Consent Decree;

IT IS FURTHER ORDERED that the Consent Decree shall be entered as a final judgment on the Court's docket, and deemed entered as of the date of this Order.

- 2 -

IT IS FURTHER ORDERED that this case shall be closed; provided, however, that nothing herein shall affect the terms of the Consent Decree entered this day and that this Court retains jurisdiction to enforce the terms of the Consent Decree as entered.

Dated this 2nd day of June, 2015

_____
R. BROOKE JACKSON
United States District Judge