IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00841-RBJ

UNITED STATES OF AMERICA, and
STATE OF COLORADO,

        Plaintiffs,

v.

NOBLE ENERGY, INC.,

        Defendant.

---

**ORDER GRANTING JOINT MOTION TO APPROVE
MODIFICATION OF CONSENT DECREE TO SUBSTITUTE PARTIES
AS TO CERTAIN CONSENT DECREE REQUIREMENTS**

---

THE COURT HAVING considered the Joint Motion to Approve Modification of Consent Decree to Substitute Parties as to Certain Consent Decree Requirements [ECF No. 18] of the United States of America, the State of Colorado, Noble Energy, Inc., and Bayswater Exploration & Production LLC, Bayswater Blenheim Holdings LLC, and Bayswater Blenheim Holdings II, LLC ("Bayswater") (collectively the "Parties"),

THE COURT HEREBY grants the Parties' Joint Motion, and approves and has signed the Modification of Consent Decree to Substitute Parties as to Certain Consent Decree Requirements.

Dated and entered this 26th day of January, 2016

                                      */s/ Brooke Jackson*

                                      R. BROOKE JACKSON
                                      UNITED STATES DISTRICT JUDGE